UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEW ORLEANS & GULF COAST RAILWAY COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **No. 04-2924**<br>**C/W:  06-0062**<br>**REF: 04-2924, 06-0062** |
| **ANGEL MARINOVICH BARROIS,** *et al.* | **SECTION:  I** |

### ORDER AND REASONS

Before the Court is a motion filed by plaintiff, New Orleans & Gulf Coast Railway Company ("NOGCR"), for a new trial for reconsideration of the order of this Court remanding the complaint of Jerry Rayborn to state court.  In its memorandum, NOGCR disputes this Court's holding that Rayborn's claims are not preempted by the Interstate Commerce Commission Termination Act.  As NOGCR notes, however, a federal court's jurisdiction to review a previously filed remand order ends when the Clerk of Court mails a certified copy of the remand order to the appropriate state court.  *Browning v. Navarro*, 743 F.2d 1069, 1078-79 (5th Cir. 1984) (citing 28 U.S.C. § 1447(c), *inter alia*); *see also In re Shell Oil Co.*, 932 F.2d 1523, 1528 (5th Cir. 1991).

On September 15, 2006, the Clerk of Court mailed a certified copy of this Court's remand order in Civil Action No. 06-0062 to the Clerk of the 25th Judicial District Court for the

Parish of Plaquemines.[1]  Therefore, even if the Court were persuaded that it had issued an erroneous remand order, the Court is without jurisdiction to alter its order.

Accordingly,

**IT IS ORDERED** that the motion filed by plaintiff, New Orleans & Gulf Coast Railway Company, for a new trial for reconsideration of the order of this Court remanding the complaint of Jerry Rayborn to state court[2] is **DISMISSED**.

New Orleans, Louisiana, October __30th__, 2006.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Civil Action No. 06-0062, Rec. Doc. No. 14-2.

[2] Rec. Doc. No. 300.