UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEW ORLEANS & GULF COAST RAILWAY COMPANY** | **CIVIL ACTION** |
| **versus** | **No. 04-2924**<br>**C/W:  06-0062**<br>**REF:  06-0062** |
| **ANGEL MARINOVICH BARROIS, et al.** | **SECTION:  I** |

## ORDER AND REASONS

Before the Court is a motion filed on behalf of Jerry Rayborn, plaintiff in the consolidated action *Rayborn v. New Orleans & Gulf Coast Railway Co., et al.,* Civil Action No. 06-0062, requesting that this Court assess costs and attorney's fees against defendant in that action, New Orleans & Gulf Coast Railway Company ("NOGCR"), pursuant to 28 U.S.C. § 1447(c) for NOGCR's improper removal of Rayborn's state action.

The decision whether to award fees and costs is discretionary.  *Miranti v. Lee*, 3 F.3d 925, 929 (5th Cir. 1993).  "Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal.  Conversely, when an objectively reasonable basis exists, fees should be denied."  *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 126 S. Ct. 704, 711, 163 L. Ed. 2d 547 (2005) (citing *Hornbuckle v. State Farm Lloyds*, 385 F.3d 538, 541 (5th Cir. 2004)); *Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 293 (5th Cir. 2000)).  Considering the facts of the case and

the memoranda submitted by the parties, this Court exercises its discretion not to grant Rayborn's request for attorney's fees and costs.

Accordingly,

**IT IS ORDERED** that the motion filed on behalf of plaintiff, Jerry Rayborn, requesting that this Court assess costs and attorney's fees against defendant, NOGCR, pursuant to 28 U.S.C. § 1447(c) for NOGCR's improper removal of Rayborn's state action[1] is **DENIED**.

New Orleans, Louisiana, November __15th__, 2006.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 301.